McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
ERIN B. ASHWELL
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-6432

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERALD W. FILICE; URSULA FILICE; EL DORADO COUNTY TAX COLLECTOR; CITIFINANCIAL MORTGAGE; TRANSAMERICA FINANCIAL SERVICES; AND STATE OF CALIFORNIA FRANCHISE TAX BOARD; <br><br> Defendants. | Civil No. 2:06-CV-02528-WBS-DAD <br><br> **ORDER** |

Having considered the United States' Request for an Extension, and good cause being shown, the Request is hereby GRANTED and the Court directs as follows:

    1.    The Initial Scheduling Conference, currently set for January 16, 2007, is reset to **March 12, 2007 at 1:30 p.m.**; and

    2.    all other deadlines are reset accordingly.

///

**PROPOSED ORDER**     -1-

1 **IT IS SO ORDERED.**

Dated: December 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER** -2-

## CERTIFICATE OF SERVICE

I, Erin B. Ashwell, declare that service of the **Proposed Order** has been made this 28th day of December of 2006 by placing a copy thereof in the United States Mail in a postage-prepaid envelope addressed to:

Michael H. Chang
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614-5979

/s/- Erin B. Ashwell
ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice

**PROPOSED ORDER** -3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER** -4-