McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
ERIN B. ASHWELL
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-6432

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 2:06-CV-02528-WBS-DAD |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER** |
| v. | |
| GERALD W. FILICE; URSULA FILICE; EL DORADO COUNTY TAX COLLECTOR; CITIFINANCIAL MORTGAGE; TRANSAMERICA FINANCIAL SERVICES; AND STATE OF CALIFORNIA FRANCHISE TAX BOARD; | |
| Defendants. | |

Plaintiff United States of America and defendant Citifinancial Mortgage Company Inc., (as successor by merger to CitiMortgage, Inc.), ("Citifinancial"), through their respective attorneys, hereby agree and stipulate as follows:

1. On June 26, 1996 Gerald W. Filice and Ursula Filice entered into Deed of Trust with Ford Consumer Finance Company, Inc. encumbering the property ("the subject property") legally described as follows:

> Parcel 3, as shown on that certain map entitled "parcel map", filed in
> the office of the recorder of the county of El Dorado, State of California
> On March 18, 1974 in book 5 of parcel maps, at page 75

**STIPULATION AND PROPOSED ORDER**                    -1-

Assessor's parcel number 094-150-07.

2. The Deed of Trust was recorded with the El Dorado County Recorder's office on July 3, 1996.

3. Citifinancial, now, holds the beneficial interest in the Deed of Trust.

4. On November 13, 2006, the United States filed suit to reduce to judgment federal tax assessments against Gerald W. Filice and Ursula Filice for their unpaid federal income tax liabilities, plus penalties and interest, for 1993 through 1997 ("tax years at issue") and to foreclose its tax liens on the subject property. The United States' tax liens for the tax years at issue attach to the subject property.

5. On or about September 27, 1999, a delegate of the Secretary of Treasury recorded with the County Recorder's Office El Dorado County, California, a Notice of Federal Tax Lien securing Gerald W. Filice's and Ursula Filice's unpaid tax debts for the tax years at issue.

6. The United States and Citifinancial agree that Citifinancial's interest under the Deed of Trust is senior to and has priority over the United States' tax liens against the subject property. Therefore, the United States and Citifinancial agree that the proceeds generated from any judicial or voluntary sale of the subject property as related to this action, shall be distributed in such a way to fully satisfy Citifinancial's interest under the Deed of Trust as described under the Deed of Trust and the costs and expenses of the sale before any proceeds are distributed to the United States in satisfaction of its claim against Gerald W. Filice and Ursula Filice under its tax liens for the tax periods at issue.

7. If the subject property is sold through the foreclosure of the United States' tax liens in this action or if this action is dismissed, the United States shall either obtain an order expunging the Notice of Lis Pendens recorded with the El Dorado County Recorder's Office on December 5, 2006, or record a Notice of Withdrawal of said Notice of Lis Pendens.

///

**STIPULATION AND PROPOSED ORDER** -2-

8.  The United States and Citifinancial are to bear their respective costs, including any possible attorney's fees or other expenses of this litigation as to each other. Citifinancial is hereby dismissed from this action. In consideration of the Stipulation herein and Citifinancial's agreement not to oppose the proceedings herein, Citifinancial will not be required to attend or participate in any future conferences, meetings of counsel, or court hearings.

Dated this 7th day of May, 2007.                     Dated this 20th day of April, 2007.

McGREGOR W. SCOTT
United States Attorney

/s/-Erin B. Ashwell                                               /s/- Michael H. Chang
PAUL S. HAM                                                        MICHAEL H. CHANG
ERIN B. ASHWELL                                                 Wolfe & Wyman LLP
Trial Attorney, Tax Division                                 5 Park Plaza, Suite 1100
U.S. Department of Justice                                   Irvine, CA 92614-5979
Post Office Box 683, Ben Franklin Station          Telephone: (949) 475-9200
Washington, D.C. 20044                                       Facsimile: (949) 475-9203
Telephone: (202) 307-6421
Facsimile: (202) 307-0054                                     (Attorney for Citifinancial Mortgage Company, Inc.)

(Attorneys for the United States)

**IT IS SO ORDERED.**

Dated**: May 8, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER**                     -3-