McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
ERIN B. ASHWELL
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-6432

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERALD W. FILICE; URSULA FILICE; EL DORADO COUNTY TAX COLLECTOR; TRANSAMERICA FINANCIAL SERVICES; AND STATE OF CALIFORNIA FRANCHISE TAX BOARD; <br><br> Defendants. | Civil No. 2:06-CV-02528-WBS-DAD <br><br> **ORDER EXTENDING DISCOVERY FOR 60 DAYS** |

Having considered the United States' Unopposed Motion for an Extension of Discovery for 60 Days and good cause being shown, the Request is hereby GRANTED and the Court directs as follows:

It is ORDERED that the deadline for fact discovery shall be extended 60 days and be reset to October 23, 2007.

No other deadlines are modified.

///

///

///

///

-1-

Presented by:

McGREGOR W. SCOTT
United States Attorney

/s/-Erin B. Ashwell
ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

(Attorneys for the United States)

**IT IS SO ORDERED.**

DATED: August 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/flice2528.ord