McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
ERIN B. ASHWELL
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 307-6421
Telephone: (202) 307-6432

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 2:06-CV-02528-WBS-DAD |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER** |
| v. | |
| GERALD W. FILICE; URSULA FILICE; EL DORADO COUNTY TAX COLLECTOR; CITIFINANCIAL MORTGAGE; TRANSAMERICA FINANCIAL SERVICES; AND STATE OF CALIFORNIA FRANCHISE TAX BOARD; | |
| Defendants. | |

The United States of America and defendants El Dorado County Tax Collector, ("El Dorado County") and State of California Franchise Tax Board ("FTB"), through their respective attorneys, hereby agree and stipulate as follows:

1. On June 26, 1996, Gerald W. Filice and Ursula Filice ("the Filices") entered into Deed of Trust with Ford Consumer Finance Company, Inc. encumbering the property ("the subject property") legally described as follows:

> Parcel 3, as shown on that certain map entitled "parcel map", filed in
> the office of the recorder of the county of El Dorado, State of California
> On March 18, 1974 in book 5 of parcel maps, at page 75

**STIPULATION AND PROPOSED ORDER** -1-

    Assessor's parcel number 094-150-07.

2. The Deed of Trust was recorded with the County Recorder's Office of El Dorado County, California ("El Dorado County Recorder's office") on July 3, 1996.

3. Citifinancial now holds the beneficial interest in the Deed of Trust.

4. On November 13, 2006, the United States filed suit to reduce to judgment federal tax assessments against the Filices for their unpaid federal income tax liabilities, plus penalties and interest, for 1993 through 1997 ("tax years at issue") and to foreclose its tax liens on the subject property. The United States' tax liens for the tax years at issue attach to the subject property.

5. The County of El Dorado, California, holds a property tax lien against the subject property.

6. On the following dates, the FTB made tax assessments against the Filices for the following tax years, creating state tax liens:

| Date | Tax Year |
|---|---|
| November 6, 1996 | 1995 |
| May 5, 1998 | 1996 |
| April 8, 2000 | 1998 |
| March 29, 2002 | 1999 |
| January 3, 2003 | 2000 |
| May 23, 2003 | 2001 |
| May 7, 2004 | 2002 |
| May 27, 2005 | 2003 |
| June 30, 2006 | 2004 |

7. On the following dates a delegate of the Secretary of Treasury made federal income tax assessments against the Filices creating federal tax liens:

| Date | Tax Year |
|---|---|
| November 25, 1996 | 1995 |
| April 13, 1998 | 1995 |
| November 9, 1998 | 1993 |
| December 14, 1998 | 1994 |
| December 28, 1998 | 1996 & 1997 |

8. On July 28, 1999, the FTB recorded Notices of State Tax lien against the Filices for tax years 1995 and 1996 with the El Dorado County Recorder's office.

9. On or about September 27, 1999, a delegate of the Secretary of Treasury recorded a Notice of Federal Tax Lien securing the Filices' unpaid tax debts for the tax years at issue with the El Dorado County Recorder's office.

**STIPULATION AND PROPOSED ORDER**     -2-

10. On June 15, 2000, the FTB recorded a Notice of State Tax lien against the Filices for tax year 1998 with the El Dorado County Recorder's office.

11. On June 7, 2005, the FTB recorded a Notice of State Tax lien against the Filices for tax years 1999 through 2002 with the El Dorado County Recorder's office.

12. On October 4, 2005, the FTB recorded a Notice of State Tax lien against the Filices for tax year 2003 with the El Dorado County Recorder's office.

13. On October 26, 2006, the FTB recorded a Notice of State Tax lien against the Filices for tax year 2004 with the El Dorado County Recorder's office.

14. The United States, El Dorado County, and the FTB agree as follows:

   a. El Dorado County's interest under its tax liens is senior to and has priority over the United States' tax liens and the FTB's tax liens against the subject property;

   b. Citifinancial's interest under the First Deed of Trust is senior to and has priority over the United States' tax liens and the FTB's tax liens against the subject property;

   c. the FTB's interest in its tax lien for the tax year 1995 is senior to and has priority over the United States' tax liens and the remainder of the FTB's tax liens against the subject property;

   d. the United States' interest in the tax lien that arose on November 26, 1996 for the tax year 1995, is senior to and has priority over the remainder of the FTB's tax liens against the subject property;

   e. the FTB's interest in its tax lien for the tax year 1996 is senior to and has priority over the remainder of the United States' tax liens;

   f. the United States' interest in the tax lien that arose on April 13, 1998 for the tax year 1995, and the United States' interest in its tax lien for the tax years 1993, 1994, 1996 and 1997, is senior to and has priority over the remainder of the FTB's tax liens against the subject property.

15. Therefore, the United States, El Dorado County, and the FTB agree that the proceeds generated from any judicial or voluntary sale of the subject property as related to this action, shall be distributed following the priority of interests established in the preceding paragraph.  No proceeds of the sale shall be distributed to a given interest in the subject property until any senior interests listed herein

**STIPULATION AND PROPOSED ORDER** -3-

are fully satisfied and the United States' costs and expenses of the sale are satisfied.

16. If the subject property is sold through the foreclosure of the United States' tax liens in this action or if this action is dismissed, the United States shall either obtain an order expunging the Notice of Lis Pendens recorded with the El Dorado County Recorder's Office on December 5, 2006, or record a Notice of Withdrawal of said Notice of Lis Pendens.

17. The United States, the FTB and El Dorado County agree to bear their respective costs, including any possible attorney's fees or other expenses of this litigation as to each other.  Citifinancial is hereby dismissed from this action.   In consideration of the Stipulation herein the parties request that the FTB and El Dorado County not be required to attend or participate in any future conferences, meetings of counsel, or court hearings.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: November 21, 2007          /s/-Erin B. Ashwell
                                  ERIN B. ASHWELL
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  Attorneys for the United States of America

Dated: November 19, 2007          /s/-Jeffrey A. Rich
                                  JEFFREY A. RICH
                                  Deputy Attorney General
                                  California Department of Justice, Office of the
                                  Attorney General
                                  Attorney for the State of California Franchise Tax
                                  Board

Dated: November 20, 2007          /s/-Michael J. Ciccozzi
                                  MICHAEL J. CICCOZZI
                                  Deputy County Counsel
                                  Attorney for El Dorado County Tax Collector

///
///
///
///
///
///

**STIPULATION AND PROPOSED ORDER**                -4-

**IT IS SO ORDERED.**

Dated**:  November 21, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER**                               -5-

## CERTIFICATE OF SERVICE

I, Erin B. Ashwell, declare that service of the foregoing Stipulation and Proposed Order has been made this 21st day of November of 2007 by placing a copy thereof in the United States Mail in a postage-prepaid envelope addressed to:

Gerald W. Filice
Filice Law Offices
195 Cadillac Dr
Sacramento, CA 95825

Michael J. Ciccozzi
El Dorado County
County Government Center
330 Fair Lane
Placerville, CA 95667

Jeffrey A. Rich
Office of the Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

Michael H. Chang
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614-5979

                                                              /s/-Erin B. Ashwell
                                                              ERIN B. ASHWELL
                                                              Trial Attorney, Tax Division
                                                              U.S. Department of Justice